No. 507. CINCINNATI BUTCHERS' SUPPLY CO. ET AL. *v.* PFEIFER ET AL. C. A. 6th Cir. Certiorari denied. *Sol Goodman* for petitioners. *James L. Magrish* for respondents.

No. 509. PARMELEE TRANSPORTATION CO. *v.* GRIVAS. C. A. 7th Cir. Certiorari denied. *William C. Wines* for petitioner. *Bernard W. Mages* and *Jack L. Sachs* for respondent.

No. 512. MILWAUKEE ELECTRIC TOOL CORP. *v.* JO- HANN. Supreme Court of Wisconsin. Certiorari denied. *Suel O. Arnold* for petitioner. *Carl Flom* for respondent.

No. 515. PICHITINO *v.* MICHIGAN. Supreme Court of Michigan. Certiorari denied. *Alfonso A. Magnotta* and *Roger H. Nielsen* for petitioner. *Frank G. Millard,* Attorney General of Michigan, *Edmund E. Shepherd,* Solicitor General, and *Daniel J. O'Hara,* Assistant Attorney General, for respondent.

No. 518. PANEBIANCO *v.* UNITED STATES. C. A. 2d Cir. Certiorari denied. *Henry G. Singer* for petitioner. *Acting Solicitor General Stern, Assistant Attorney General Olney, Beatrice Rosenberg* and *Edward Szukelewicz* for the United States.

No. 506. REMINGTON *v.* UNITED STATES. C. A. 2d Cir. Certiorari denied. MR. JUSTICE CLARK took no part in the consideration or decision of this application. *Joseph L. Rauh, Jr.* for petitioner. *Acting Solicitor General Stern, Assistant Attorney General Olney* and *Beatrice Rosenberg* for the United States.